UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION | **ORDER**<br>04-MD-1596 |
| LARRY DARDEN,<br><br>        Plaintiff,<br><br>              -against-<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | 10-CV-3646 |
| MOLLY GUROVITSCH,<br><br>        Plaintiff,<br><br>              -against-<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | 08-CV-1408 |
| LORENZO McKENZIE,<br><br>        Plaintiff,<br><br>              -against-<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | 10-CV-2804 |

| | |
|---|---|
| ALLEN D. STALLARD,<br><br>Plaintiff,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 10-CV-2803 |
| MIRTHA GANDARA,<br><br>Plaintiff,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 09-CV-4944 |
| ROBERT J. MARTIN,<br><br>Plaintiff,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 04-CV-2317 |
| STEPHANIE SALAZAR,<br><br>Plaintiff,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 05-CV-2792 |

| | |
|---|---|
| FRANKLIN DEE ALLEN, JR., <br><br> Plaintiff, <br><br> -against- <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | 05-CV-3149 |
| GERTIE J. MARKHAM, <br><br> Plaintiff, <br><br> -against- <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | 05-CV-4038 |
| KENNETH R. WRINKLE, <br><br> Plaintiff, <br><br> -against- <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | 06-CV-1958 |
| DARRIN GOVE in YOLANDA CHAVEZ, <br><br> Plaintiff, <br><br> -against- <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | 06-CV-2592 |

| | |
|---|---|
| BILLIE JAMES THOMPSON, SR., et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 06-CV-2601 |
| TYNESHA BELCHER, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 06-CV-2782 |
| BILLY GEASLIN,<br><br>Plaintiff,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 06-CV-3484 |
| BARBARA QUICK,<br><br>Plaintiff,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 06-CV-3485 |

| | |
|---|---|
| DONALD HONSE,<br><br>Plaintiff,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 06-CV-3487 |
| GARY POLANSKY,<br><br>Plaintiff,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 06-CV-3489 |
| BEVERLY BAKER,<br><br>Plaintiff,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 06-CV-3490 |
| KIMBERLY JOHNSON,<br><br>Plaintiff,<br><br>-against-<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | 06-CV-4216 |

| | |
|---|---|
| SUSAN LEVERETT,<br><br>　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 06-CV-4627 |
| ALYCE DAMON,<br><br>　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 06-CV-4639 |
| ALKIM BILLUPS,<br><br>　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 07-CV-0114 |
| BEVERLY WALLS,<br><br>　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 07-CV-2116 |

| | |
|---|---|
| GLENN TEAGUE et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 07-CV-3377 |
| SUZANNE WALLACE,<br><br>　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 07-CV-3916 |
| STEVEN ROGERS,<br><br>　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 07-CV-4232 |
| MARK ALTON et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 07-CV-5437 |

| | |
|---|---|
| DONALD SHANS,<br><br>　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 08-CV-4679 |
| BETTY LOU HUGHES,<br><br>　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 08-CV-4680 |
| ALICE COLLINS,<br><br>　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 09-CV-0433 |
| CHARLES BUTLER,<br><br>　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | 09-CV-0840 |

| | |
|---|---|
| SCOTT J. BECK in JON K. BARTLETT,<br><br>        Plaintiff,<br><br>                -against-<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | 09-CV-1005 |
| JOHN W. FREY,<br><br>        Plaintiff,<br><br>                -against-<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | 09-CV-1006 |
| JAMES RICHARD CUNNINGHAM,<br><br>        Plaintiff,<br><br>                -against-<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | 09-CV-1012 |

**JACK B. WEINSTEIN, Senior United States District Judge:**

      By order entered on July 27, 2011, the court ordered defendant to examine its records as compared to the records of this court. It has done so after consulting with William Audet of the plaintiffs' steering committee.

Based on defendant's letter of August 22, 2011, the chart attached to said letter, and the records of this court, the following cases shall be marked as closed for all purposes:

| | | |
|---|---|---|
| Larry Darden v. Eli Lilly and Company | : | No. 10-cv-3646 |
| Molly Gurovitsch v. Eli Lilly and Company | : | No. 08-cv-1408 |
| Lorenzo McKenzie v. Eli Lilly and Company | : | No. 10-cv-2804 |
| Allen D. Stallard v. Eli Lilly and Company | : | No. 10-cv-2803 |
| Mirtha Gandara v. Eli Lilly and Company | : | No. 09-cv-4944 |
| Robert J. Martin v. Eli Lilly and Company | : | No. 04-cv-2317 |
| Stephanie Salazar v. Eli Lilly and Company | : | No. 05-cv-2792 |
| Franklin Dee Allen, Jr. v. Eli Lilly and Company | : | No. 05-cv-3149 |
| Gertie J. Markham v. Eli Lilly and Company | : | No. 05-cv-4038 |
| Kenneth R. Wrinkle v. Eli Lilly and Company | : | No. 06-cv-1958 |
| Darrin Gove in Yolanda Chavez v. Eli Lilly and Company | : | No. 06-cv-2592 |
| Billie James Thompson, Sr. et al. v. Eli Lilly and Company | : | No. 06-cv-2601 |
| Tynesha Belcher et al. v. v. Eli Lilly and Company | : | No. 06-cv-2782 |
| Billy Geaslin v. Eli Lilly and Company | : | No. 06-cv-3484 |
| Barbara Quick v. Eli Lilly and Company | : | No. 06-cv-3485 |
| Donald Honse v. Eli Lilly and Company | : | No. 06-cv-3487 |
| Gary Polansky v. Eli Lilly and Company | : | No. 06-cv-3489 |
| Beverly Baker v. Eli Lilly and Company | : | No. 06-cv-3490 |
| Kimberly Johnson v. Eli Lilly and Company | : | No.06-cv-4216 |
| Susan Leverett v. Eli Lilly and Company | : | No. 06-cv-4627 |
| Alyce Damon et al. v. Eli Lilly and Company | : | No. 06-cv-4639 |
| Alkim Billups v. Eli Lilly and Company | : | No. 07-cv-0114 |
| Beverly Walls v. Eli Lilly and Company | : | No. 07-cv-2116 |
| Glenn Teague et al. v. Eli Lilly and Company | : | No. 07-cv-3377 |
| Suzanne Wallace v. Eli Lilly and Company | : | No. 07-cv-3916 |
| Steven Rogers v. Eli Lilly and Company | : | No. 07-cv-4232 |
| Mark Alton et al. v. Eli Lilly and Company | : | No. 07-cv-5437 |
| Donald Shans v. Eli Lilly and Company | : | No. 08-cv-4679 |
| Betty Lou Hughes v. Eli Lilly and Company | : | No. 08-cv-4680 |
| Alice Collins v. Eli Lilly and Company | : | No. 09-cv-0433 |
| Charles Butler v. Eli Lilly and Company | : | No. 09-cv-0840 |
| Scott J. Beck in Jon K. Bartlett v. Eli Lilly and Company | : | No. 09-cv-1005 |
| John W. Frey v. Eli Lilly and Company | : | No. 09-cv-1006 |
| James Richard Cunningham v. Eli Lilly and Company | : | No. 09-cv1012 |

Nothing has been received from plaintiffs in the above cases opposing their closing.

The hearing scheduled for September 16, 2011 will go forward as previously ordered.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: August 23, 2011
Brooklyn, New York

11